**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Agave Environmental Contracting Inc.,<br><br>            Plaintiff,<br><br>       vs.<br><br>Stephen R. Passmore, et al.,<br><br>            Defendants. | No. CV 07-0697-PHX-PGR<br><br>ORDER |

The plaintiff having submitted a Joint Case Management Report (doc. #13) which states that "[t]he parties consent to have a Magistrate Judge preside over all further proceedings, including trial[,]"

IT IS ORDERED that the parties shall no later than **September 10, 2007,** submit either a completed Notice, Consent, and Order of Reference-Exercise of Jurisdiction by a United States Magistrate Judge form or a joint statement that the parties will not consent to having a Magistrate Judge preside over this action.[1]

IT IS FURTHER ORDERED that the Scheduling Conference set for

---

[1] A copy of the Magistrate Judge consent form is on the docket as document no. 2. The plaintiff's counsel shall complete the form and sign it and send it to the defendants' counsel for signature. The completed form must be mailed or hand-delivered to the Clerk of the Court, not electronically filed, and should be sent to the attention of deputy clerk Missy Pruneau.

September 10, 2007 is vacated, to be reset after the Magistrate Judge consent issue is resolved.

DATED this 22nd day of August, 2007.

Paul G. Rosenblatt
United States District Judge